UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 04 B 34145
   SHALENA CHESTER
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-5100
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/15/04 and confirmed on 10/29/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 12900.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BUDGET FINANCE | SECURED VEHIC | 8000.00 | 1047.45 | 8000.00 |
| HEIGHTS FINANCE CORPORAT | UNSECURED | 826.83 | .00 | 200.75 |
| COLORTYME | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE LEASING CO | UNSECURED | 888.01 | .00 | 215.60 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MASSEYS | UNSECURED | NOT FILED | .00 | .00 |
| AAFES | UNSECURED | NOT FILED | .00 | .00 |
| TAYLOR FUNERAL HOME LTD | UNSECURED | NOT FILED | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| BUDGET FINANCE | UNSECURED | 5163.27 | .00 | 1253.60 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8000.00 | .00 | 6878.11 | .00 | 14878.11 |
| PRINCIPAL PAID | 8000.00 | .00 | 1669.95 | .00 | 9669.95 |
| INTEREST PAID | 1047.45 | .00 | .00 | .00 | 1047.45 |
| TOTAL PAID | 9047.45 | .00 | 1669.95 | .00 | 10717.40 |

The Debtor's attorney, LEGAL HELPERS PC            , was allowed $   2200.00 and was paid $    600.00  direct and $    1600.00  through the plan.

The Trustee received $     582.60 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/13/09                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```